UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYRIN DUQUAN CARTER ,

Plaintiff,

v.

PATRICK VOGELSONG, et al.,

Defendant.

CASE NO. 3:26-cv-06126-TSZ-BAT

**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL, DKT. 7.**

Plaintiff filed a prisoner civil rights law suit and moves for appointment of counsel. Dkt. 7. There is no constitutional right to counsel in a civil case. *Adir Int'l, LLC v. Starr Indem. & Liab. Co*., 994 F.3d 1032, 1038–39 (9th Cir. 2021). In exceptional circumstances the Court may appoint counsel for indigent civil litigants under 28 U.S.C. § 1915(e)(1). *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009) (citation omitted). To determine if exceptional circumstances exist, the Court considers the likelihood of success on the merits and the plaintiff's ability to articulate his claims in view of the complexity of the legal issues involved. *Id*. Neither factor is dispositive, and both are evaluated together. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).

The Court has filed a report recommending Plaintiff's complaint be dismissed. As the Court finds Plaintiff's likelihood of success is low, and Plaintiff has shown the ability to state his

claims, the Court concludes there are no exceptional circumstances that compel appointment of counsel.

Accordingly, the Court **ORDERS**:

1. The motion for appointment of counsel, Dkt. 7 is **DENIED**.

2. The clerk shall provide a copy of this order to Plaintiff..

DATED this 15th day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge